

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-1-2001

# USA v. Pressler

Precedential or Non-Precedential:

Docket 00-1824

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

## Recommended Citation

"USA v. Pressler" (2001). *2001 Decisions.* Paper 254.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/254

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                    IN THE UNITED STATES COURT OF APPEALS
                        FOR THE THIRD CIRCUIT

                      Nos.  00-1824 and 00-2588
                    _____

                       UNITED STATES OF AMERICA

                                  v.

             DANIEL E. PRESSLER, Appellant in No. 00-1824


                       UNITED STATES OF AMERICA

                                  v.

             SCOTT SHREFFLER, Appellant in No. 00-2588
             _____


             On Appeal From the United States District Court
                  For the Middle District of Pennsylvania
                  (D.C. Crim. No. 99-cr-00133-7 and 00133-8)
               District Judge: Honorable William W. Caldwell
               _____


                         Argued: March 8, 2001

             Before: BECKER, Chief Judge, McKEE and STAPLETON
                             Circuit Judges.
                    (Opinion Filed: July 2, 2001)
                    _____


                        ORDER AMENDING OPINION
                    _____


      The slip opinion in the above case filed July 2, 2001 is amended as
follows:

      1.  On page 10, line 7, substitute the word "within" for the word
"with."

      2.  On page 10, line 13, the correct phrase should read "the
defendant was a
member of a conspiracy."

      3.  On page 10, footnote 3, line 8, add the word "attended" before
"two significant
social events."

      4.  On page 12, footnote 4, line 6, delete the period after the word
"trade."

5.  On page 15, line one, add the word "and" before the word "people."

6.  On page 22, lines 3-4, delete the reference to (Pr. App. 51.) .

BY THE COURT:


/s/Edward R. Becker
_____

Chief Judge

DATED:  October 31, 2001

MEMORANDUM

DATE:      October 9, 2001

TO:        Susan Acerba, Case Manager

FROM:      Judge Becker

RE:        United States v. Pressler and Shreffler, Nos. 00-1824 and 00-2588


    Please file enclosed Unpublished Order Amending Opinion in the above captioned
case.



                          Sincerely,



                          Edward R. Becker

ERB:afr

    cc:  Judge McKee
    Judge Stapleton
    Marcy Waldron
    Trish Coleman